IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.11-cv-03249-WYD-CBS | FTR: Courtroom A402 |
| Date: August 21, 2012 | Courtroom Deputy: Julie Dynes |

*Parties:*                                                      *Counsel:*

SHEEP MOUNTAIN ALLIANCE,               Charles M. Tebbutt

     Plaintiff,

v.

PACIFICORP,                                                 Andrew C. Lillie
                                                            Aaron M. Paul

     Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:** 10:56 a.m.
Court calls case.  Appearances of counsel.

Parties will be filing a motion to administratively close the case, are to file a motion for settlement conference if needed.

ORDERED: Joint Motion to Stay [29] is DENIED.

Hearing Concluded.

**Court in recess:** 11:08 a.m.
Total time in court:    00:12

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.