IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    11-cv-03249-WYD-CBS

SHEEP MOUNTAIN ALLIANCE, a Colorado Non-Profit Corporation,

   Plaintiff,

v.

PACIFICORP, an Oregon Corporation,

   Defendant.

---

**ORDER OF ADMINSTRATIVE CLOSURE**

---

This matter is before the Court on the parties' Joint Motion to Administratively Close Case, [ECF No. 30], filed August 22, 2012.   Since the parties are now engaged in good-faith settlement negotiations, which they have indicated may last for an extended period of time, I find that this case should be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.   Thus, it is hereby

ORDERED that the parties' Joint Motion to Administratively Close Case, [ECF No. 30], filed August 22, 2012, is **GRANTED.**   It is

FURTHER ORDERED that the Clerk of the Court shall administratively close this action pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.

Dated:   August 23, 2012.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE