IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-03249-WYD-CBS

SHEEP MOUNTAIN ALLIANCE, a Colorado Non-Profit Corporation,

   Plaintiff,

v.

PACIFICORP, an Oregon Corporation,

   Defendant.

**ORDER GRANTING JOINT MOTION TO ADMINISTRATIVELY REOPEN CASE TO MOVE FOR ENTRY OF PROPOSED CONSENT DECREE**

   This matter is before the Court on the parties' Joint Motion to Administratively Reopen Case to Move for Entry of Proposed Consent Decree, [ECF No. 36], filed March 18, 2013.  Since the parties have reached a settlement that will fully resolve this matter and would like the Court to enter the Proposed Consent Decree, I find that this case should be reopened for good cause shown.  Thus, it is hereby

   ORDERED that the parties' Joint Motion to Administratively Reopen Case to Move for Entry of Proposed Consent Decree, [ECF No. 36], is **GRANTED.**  It is

   FURTHER ORDERED that the Clerk of the Court shall reopen this matter pursuant to D.C.COLO.LCivR 41.2.

Dated: March 19, 2013

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE