IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-03249-WYD-CBS

SHEEP MOUNTAIN ALLIANCE, a Colorado Non-Profit Corporation,

     Plaintiff,

v.

PACIFICORP, an Oregon Corporation,

     Defendant.

---

## ORDER OF ADMINISTRATIVE CLOSURE

---

THIS MATTER comes before the Court upon review of the file.  On May 28, 2013, I entered the Consent Decree (ECF No. 42) in this matter, which constitutes the final, complete, and exclusive agreement and understanding of the parties with respect to the settlement of this case.  Pursuant to the language of the Consent Decree, the Court will have continuing jurisdiction over this matter for the purposes of interpretation, enforcement, and modification of the Consent Decree.  (ECF No. 42).  Accordingly, since the length of time for the Court to exercise its jurisdiction is uncertain under the Consent Decree, I find that this case should be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.  Accordingly, it is

ORDERED that the Clerk of the Court shall administratively close this action pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.

Dated:  May 28, 2013

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge